Alan C. Bradshaw (4801)
Mitch M. Longson (15661)
MANNING CURTIS BRADSHAW & BEDNAR PLLC
136 E. South Temple, Suite 1300
Salt Lake City, Utah 84111
801-363-5678
abradshaw@mc2b.com
mlongson@mc2b.com

*Counsel for KTS Holdings LLC d/b/a Soar Transportation Group*

Rebecca L. Hill (06246)
CHRISTENSEN & JENSEN PC
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
801-323-5000
rebecca.hill@chrisjen.com

David T. Brown (*pro hac vice pending*)
Christopher D. Blum (*pro hac vice*)
KAUFMAN DOLOWICH & VOLUCK, LLP
135 S. LaSalle Street, Suite 2100
Chicago, IL 60603
312-759-1400
dbrown@kdvlaw.com
cblum@kdvlaw.com

*Counsel for The Hanover Insurance Company*

| IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF UTAH ||
|---|---|
| **KTS HOLDINGS LLC d/b/a SOAR TRANSPORTATION GROUP,**<br><br>        **Plaintiff/Counter-Defendant,**<br><br>  **v.**<br><br>**THE HANOVER INSURANCE COMPANY,**<br><br>        **Defendant/Counter-Plaintiff.** | Case No. 2:20-cv-00125-CW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Judge Clark Waddoups** |

2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, Plaintiff/Counter-Defendant KTS Holdings LLC d/b/a Soar Transportation Group and Defendant/Counter-Plaintiff, The Hanover Insurance Company, hereby stipulate to dismiss their respective claims with prejudice, with each party to bear its own fees and costs. A proposed Order of Dismissal accompanies this Stipulation as an exhibit.

Dated: March 26, 2020.   Respectfully submitted by:

*Counsel for Plaintiff / Counter-Defendant*

/s/ *Alan C. Bradshaw*

Alan C. Bradshaw (4801)
Mitch M. Longson (15661)
MANNING CURTIS
BRADSHAW & BEDNAR PLLC
136 E. South Temple, Suite 1300
Salt Lake City, Utah 84111
801-363-5678
abradshaw@mc2b.com
mlongson@mc2b.com

*Counsel for Defendant / Counter-Plaintiff*

/s/  *Rebecca L. Hill*

Rebecca L. Hill (06246)
CHRISTENSEN & JENSEN PC
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
801-323-5000
rebecca.hill@chrisjen.com

David T. Brown (*pro hac vice pending*)
Christopher D. Blum (*pro hac vice*)
KAUFMAN DOLOWICH & VOLUCK, LLP
135 S. LaSalle Street, Suite 2100
Chicago, IL 60603
312-759-1400
dbrown@kdvlaw.com
cblum@kdvlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of March, 2020, I caused to be filed via CM/ECF a true and correct copy of the foregoing which sent notification of such filing to the following:

>Alan C. Bradshaw
>Mitch M. Longson
>MANNING CURTIS BRADSHAW & BEDNAR PLLC
>136 E. South Temple, Suite 1300
>Salt Lake City, Utah 84111
>abradshaw@mc2b.com
>mlongson@mc2b.com
>*Attorneys for Plaintiff*

                                                */s/ Rebecca L. Hill*

4826-7029-3432, v. 1