# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KTS HOLDINGS LLC d/b/a SOAR TRANSPORTATION GROUP,**<br><br>Plaintiff,<br><br>vs.<br><br>**THE HANOVER INSURANCE COMPANY,**<br><br>Defendant. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:20-cv-125<br><br>Judge Clark Waddoups |

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed by the parties (ECF No. 10). Based upon the parties' stipulation, for good cause shown, and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the court **GRANTS** the Motion and **HEREBY ORDERS** that this action and the parties' respective claims therein are dismissed with prejudice, with each party to bear its own fees and costs.

Dated the 26th day of March, 2020.

BY THE COURT:

_Clark Waddoups_
Clark Waddoups
United States District Court Judge